MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

Attorney for JURL WILLIAMS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-03-506 MCE
        Plaintiff,   )
            ) STIPULATION AND
  v.   ) ORDER TO TSR VIOLATION
            ) HEARING
JURL WILLIAMS,   )
            ) Date: 1-15-09
       Defendant.   ) Time: 9:00 a.m.
==============================) Judge: Hon. Morrison C. England

     It is hereby stipulated between the parties, Assistant United States Attorney Jean Hobler and Michael Long, attorney for JURL WILLIAMS, that the TSR violation Hearing date of January 15, 2009, should be continued until February 5, 2009.  The continuance is necessary as defense counsel will be in a jury trial in Department 11 of the Sacramento County Superior Court.

Dated:  January 12, 2009                      Respectfully submitted,

                                               /s/ Michael D. Long_____
                                             MICHAEL D. LONG
                                             Attorney for Mr. WIlliams

Dated:  January 12, 2009

                                             LAWRENCE BROWN
                                             Acting United States Attorney

                                             /s/ Jean Hobler____
                                             JEAN HOBLER
                                             Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 208
Sacramento, CA 95814
(916) 447-1920
Long_5999@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-03-506 MCE
                Plaintiff,                )
                              )  ORDER
    v.                                                )
                                ) Date:  1-15-09
JURL WILLIAMS,                                ) Time: 9:00 a.m.
                                ) Judge: Hon. Morrison C. England
                Defendant.         )
===============================)

UPON GOOD CAUSE SHOWN and the stipulation of the parties, it is ordered that the TSR violation hearing presently set for January 15, 2009, at 9:00 a.m. be continued to February 5, 2009, at 9:00 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny continuity of defense counsel, as he will be unavailable on the presently set date.

Dated:  January 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-

PDF created with pdfFactory trial version www.pdffactory.com