# United States District Court
## Eastern District of California

<table>
<tr>
<td>

UNITED STATES OF AMERICA

v.

**JURL L. WILLIAMS**

(Defendant's Name)

</td>
<td>

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:03CR00506-03**

Michael Long, Appointed
_____
Defendant's Attorney

</td>
</tr>
</table>

## THE DEFENDANT:

[ ]    admitted guilt to violation of charge(s) __ as alleged in the violation petition filed on __.

[ ]    was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
| --- | --- | --- |
| | | |

The court:  [] revokes:  [X] modifies:  [X] continues under same conditions of supervision heretofore ordered on 3/30/2004.

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[]    Charge(s) _ is/are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

2/5/2009
_____
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**MORRISON C. ENGLAND, JR.**, United States District Judge
Name & Title of Judicial Officer

3/12/2009
_____
Date

## SPECIAL CONDITIONS

The defendant is ordered to pay $50.00 per month + $50 per month for delinquent payments until made current.

Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.