# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR NO: 2:03-cr-00506-MCE
)
JURL WILLIAMS )

**FILED**
AUG -2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum

Name of Detainee:   **JURL WILLIAMS**

Detained at (custodian):   Rio Cosumnes Correctional Facility

Detainee is: a.) ☒ charged in this district by:
☒ Indictment     ☐ Information     ☐ Complaint
Charging Detainee With:   **18 USC 1324 & 2, Bank Fraud/Aiding & Abetting, specifically Violation of Terms of Supervised Release Following Incarceration**

or   b.)   ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ☐ return to the custody of detaining facility upon termination of proceedings
or   b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary *August 12, 2010, 9:00 a.m.* in the Eastern District of California.

Signature: /s/ Jean M. Hobler
Printed Name & Phone No: **Jean M. Hobler, 916-554-2909**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *August 12, 2010, 9:00 a.m.*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

8/2/10                                            Dale A. Drozd
Date                                              United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | X-2002844 | DOB: | 07/24/71 |
| Facility Address: | 12500 Bruceville Road | Race: | Caucasian |
| | Elk Grove, CA | FBI #: | |
| Facility Phone: | 916.874.1927 | | |
| Currently Incarcerated For: | PC 243(D) Misdemeanor BATTERY AGAINST PERSON BODILY INJURY | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____     _____
                                         (Signature)

Form Crim-48                                                                 Revised 11/19/97