BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. No. 2:03-CR-506-MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| JURL WILLIAMS, | ) REGARDING TERMINATION OF |
| | ) SUPERVISED RELEASE |
| Defendant. | ) |

///
///
///
///
///
///
///
///
///
///

Consistent with the recommendation of the Probation Office in its dispositional memorandum in this matter, the parties stipulate and agree that upon completion of the sentence imposed by the Court today in regard to defendant's violations of supervised release, any remaining supervised release should be terminated.  The parties hereby request the Court modify the sentence imposed today to add this provision.


Dated: September 23, 2010        BENJAMIN B. WAGNER
                                 United States Attorney

                            By: /s/ Jean M. Hobler
                                 JEAN M. HOBLER
                                 Special Ass't U.S. Attorney


                                 /s/ Michael D. Long
                                 MICHAEL D. LONG
                                 Counsel for Defendant
                                 Jurl Williams




                            ORDER

The Court orders that the sentence imposed today shall be modified as follows.  Following completion of the sentence imposed on September 23, 2010, defendant's term of supervised release shall be terminated.

Dated: September 27, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2