PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:03-CR-506 MCE |
|---|---|
| Plaintiff, | ORDER REGARDING RESTITUTION |
| v. | |
| JURL WILLIAMS, | |
| Defendant. | |

The Court hereby orders that defendant Williams' restitution obligation be deemed joint and several with co-defendants Shawn Robert Glass and Lori Meyer Torbert. The Court further orders that the $65,414.57 forfeited by co-defendant Shawn Glass be applied to the $119,449.57 joint and several restitution shared with defendant Jurl Williams and Lori Torbert to victim Zurich North America.

IT IS SO ORDERED.

Dated: January 13, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER REGARDING RESTITUTION